IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIA AMERICA, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-440 |
| | : | |
| AMERCO REAL ESTATE COMPANY | : | |

## **ORDER**

AND NOW, this 14th day of May, 2026, upon consideration of the parties' Joint Status Report IX (ECF No. 28), it is ORDERED the parties shall submit a further joint status report on or before June 10, 2026, advising the Court of the status of the parallel state court proceedings, including whether a new trial date has been set in the state court action.  This case shall remain STAYED pending submission of the next joint status report.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.