**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KIA AMERICA, INC. <br><br> Plaintiff, <br><br> v. <br><br> AMERCO REAL ESTATE COMPANY. <br><br> Defendant. | NO: 2:24-CV-00440-JRS |

**JOINT STATUS REPORT X**

Pursuant to this Court's Order (May 14, 2026) [ECF 29], the parties report that the Case Management Conference in the state court action was held on June 8, 2026. No trial date was set as there is a request by Kia for fact discovery pending before the state court. The state court asked the parties to brief the issue which the parties anticipate will be ripe for determination by the state court in September 2026.

Respectfully submitted,

| **MARON MARVEL.** | **POST & SCHELL, P.C.** |
|---|---|
| /s/ *Gerard Cedrone* | /s/ *Richard B. Wickersham, Jr.* |
| Gerard Cedrone, Esquire <br> gcedrone@maronmarvel.corn | Richard B. Wickersham, Jr. <br> rwickersham@postschell.com |
| Attorneys for Plaintiff, <br> Kia America, Inc. | Attorneys for Defendant, <br> AMERCO Real Estate Company |

Dated: June 10, 2026